Sanli Oriental Rugs Corp. v S&S Realty Corp. (2023 NY Slip Op 05381)

Sanli Oriental Rugs Corp. v S&S Realty Corp.

2023 NY Slip Op 05381

Decided on October 24, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 24, 2023

Before: Manzanet-Daniels, J.P., Rodriguez, Pitt-Burke, Higgitt, Rosado, JJ. 

Index No. 157787/18 Appeal No. 873 Case No. 2022-04665 

[*1]Sanli Oriental Rugs Corporation, Plaintiff-Respondent,
v
S&S Realty Corp. et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Dakata D. Ramseur, J.), entered on or about October 17, 2022,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 03, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 24, 2023